Certificate Number: 05781-TXE-DE-041188298

Bankruptcy Case Number: 26-10330



05781-TXE-DE-041188298

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2026, at 4:08 o'clock PM PDT, Jenny Wolfe completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date:   July 9, 2026            By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President